NO. 07-07-0358-CR
NO. 07-07-0359-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 28, 2008

_____

KENNETH GLEN WEBB,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_____

FROM THE 181ST DISTRICT COURT OF RANDALL COUNTY;

NO. 18,617-B and NO. 18,618-B; HON. JOHN BOARD, PRESIDING

_____

*Abatement and Remand*

_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Kenneth Glenn Webb (appellant) filed notices of appeal from his convictions of burglary of a habitation and assault on a public servant on August 23, 2007. However, the trial court did not file its certifications representing that appellant has the right of appeal

until November 10, 2007.[1]  The appellate record reflects that appellant failed to sign the certifications pursuant to Texas Rule of Appellate Procedure 25.2(d) which requires the certifications to be signed by appellant and a copy served on him.[2]

Consequently, we abate the appeals and remand the causes to the 181st District Court of Randall County (trial court) for further proceedings.  Upon remand, the trial court shall take such action necessary to secure and file with this court certificates of right to appeal that comply with Texas Rule of Appellate Procedure 25.2(d) by March 28, 2008. Should additional time be needed to perform these tasks, the trial court may request the same on or before March 28, 2008.

It is so ordered.

Per Curiam

Do not publish.

---

[1]The certifications were signed on October 9, 2007.

[2]Became effective September 1, 2007.

2